Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamlegal.com
*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEON, an individual; and ALEJANDRO LEON, as guardian of K.D.G., a minor,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT (CCSD); PAT SKORKOWSKY, in his official capacity as CCSD superintendent; Dr. JESUS F. JARA, in his official capacity as CCSD superintendent; Principal George Leavens, in his individual and official capacity as principal of WOMS; Dean Danielle Duterte, in her individual and official capacity as Dean at WOMS; Allyson Butto, in her individual capacity and official capacity as instructor at WOMS; Cecilia French, in her individual capacity and official capacity as instructor at WOMS; and, DOES 1-100, ROE Corporations I – X, inclusive,<br><br>                    Defendants. | Case No.: 2:19-cv-00069-JAD-GWF<br><br>**ORDER GRANTING PETITION TO DISBURSE FUNDS FROM BLOCKED ACCOUNT AFTER MINOR HAS REACHED THE AGE OF MAJORITY**<br><br>ECF No. 26 |

This matter having come before the Court on Plaintiffs' Petition to disburse funds from blocked account after minor has reached the age of majority, and having been duly considered, it is hereby ORDERED THAT:

1

1. Plaintiffs' Petition to disburse funds from blocked account after minor has reached the age of majority is GRANTED.   ECF No. 26.

2. Funds in the blocked account shall be released to K.D.G. or her attorney (who shall then give the funds to K.D.G.).

IT IS SO ORDERED.

_____
U.S. District Judge
Dated: 9-14-21

Submitted By:

_____
Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
Phone: (702) 818-1818
Fax: (702) 974-1139
ryan@hamlegal.com